UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Cathy Ann Bencivengo)

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>vs.<br><br>JOSEPH CIANFARANI,<br><br>                        Defendant. | CASE NO. 06cr2374<br><br>ORDER TO EXONERATE BOND FOR MATERIAL WITNESS AND DISBURSE FUNDS |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Material Witness Appearance Bond filed on behalf of Material Witness Dionisia Hernandez-Gomez, by the surety, Domingo Gomez-Hernandez, be exonerated. The $500.00 deposit being held in the Registry of the Court in the above entitled case on behalf of Material Witness Dionisia Hernandez-Gomez is to be released to the surety, Domingo Gomez-Hernandez at 8324 S. Hayes Street, Fresno, CA 93706.

**IT IS SO ORDERED:**

DATE: 11/28/06

JUDGE OF THE UNITED STATES DISTRICT COURT

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE